Howard Marc Spector
TBA # 00785023
SPECTOR & COX, PLLC
12770 Coit Road, Suite 1100
Dallas, Texas 75251
(214) 365-5377
FAX: (214) 237-3380
Hspector@spectorcox.com

COUNSEL FOR THE DEBTOR

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| **In re:** | § | |
| | § | |
| **HMSW CPA, P.L.L.C.** | § | Case No. 18-43569 |
| | § | |
| | § | **(Chapter 11)** |
| | § | |
| | § | **Jointly Administered** |

## NOTICE OF EFFECTIVE DATE

PLEASE BE ADVISED that the Effective Date of the First Amended Combined Joint Plan of Liquidation and Disclosure Statement filed by the Debtor is **November 29, 2019.**

Dated: November 14, 2019.

                                                     Respectfully submitted,

                                                     By:    */s/ Howard Marc Spector*
                                                                Howard Marc Spector
                                                                 TBA #00785023
SPECTOR & COX, PLLC
Banner Place, Suite 1100
12770 Coit Road
Dallas, Texas 75251
(214) 365-5377
FAX: (214) 237-3380
EMAIL: hspector@spectorcox.com

COUNSEL FOR THE DEBTOR