Howard Marc Spector
TBA # 00785023
SPECTOR & COX, PLLC
12770 Coit Road, Suite 1100
Dallas, Texas 75251
(214) 365-5377
FAX: (214) 237-3380
Hspector@spectorcox.com

COUNSEL FOR THE DEBTOR

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **In re:** | § § | |
| **HMSW CPA, P.L.L.C.** | § § § § § § | Case No. 18-43569<br><br>(Chapter 11)<br><br>Jointly Administered |

# FEE APPLICATION COVER SHEET

**Fee Application of:** Spector & Cox, PLLC f/k/a Spector & Johnson, PLLC

**Capacity:** Attorney for the Debtor    **Time Period:** September 2018 through January 2020

**Bankruptcy Petition Filed on:** September 10, 2018

**Status of Case:** Pending

**Amount Requested: $33,003.24**        **Reductions: $0.00**

Fees: $31,222.50                          Voluntary fee reductions: $0.00

Expenses: $1,780.74                       Expense reductions: $0.00

Other: $0.00                              Total Reductions: $0.00

**Total: $33,003.24**

**Hourly Rates Attorney/Accountant Paralegal/Clerical**

Highest Billed Rate: $350.00

Total Hours Billed: 100.5

Blended Rate: $310.67

Howard Marc Spector
TBA # 00785023
SPECTOR & COX, PLLC
12770 Coit Road, Suite 1100
Dallas, Texas 75251
(214) 365-5377
FAX: (214) 237-3380
Hspector@spectorcox.com

COUNSEL FOR THE DEBTOR

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | | |
|---|---|---|
| **In re:** | § § | |
| **HMSW CPA, P.L.L.C.** | § § | Case No. 18-43569 |
| | § § | (Chapter 11) |
| | § § | Jointly Administered |

## FIRST AND FINAL FEE APPLICATION OF SPECTOR & COX, PLLC F/K/A SPECTOR & JOHNSON, PLLC AS COUNSEL FOR THE DEBTOR FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED FROM SEPTEMBER 2018 THROUGH JANUARY 2020 AND REIMBURSEMENT OF EXPENSES INCURRED

**NO HEARING WILL BE CONDUCTED HEREON UNLESS A WRITTEN RESPONSE IS FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT AT 1100 COMMERCE STREET, DALLAS, TEXAS 75242 BEFORE CLOSE OF BUSINESS ON FEBRUARY 21, 2020, WHICH IS AT LEAST 24 DAYS FROM THE DATE OF SERVICE HEREOF.**

**ANY RESPONSE SHALL BE IN WRITING AND FILED WITH THE CLERK, AND A COPY SHALL BE SERVED UPON COUNSEL FOR THE MOVING PARTY PRIOR TO THE DATE AND TIME SET FORTH HEREIN. IF A RESPONSE IS FILED A HEARING MAY BE HELD WITH NOTICE ONLY TO THE OBJECTING PARTY.**

**IF NO HEARING ON SUCH NOTICE OR MOTION IS TIMELY REQUESTED, THE RELIEF REQUESTED SHALL BE DEEMED TO BE UNOPPOSED, AND THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF SOUGHT OR THE NOTICED ACTION MAY BE TAKEN.**

Spector & Cox, PLLC f/k/a Spector & Johnson, PLLC (the "**Firm**"), counsel for HMSW CPA, PLLC (the "**Debtor**"), files this First and Final Fee Application ("**Application**") for allowance of compensation for services rendered by the Firm from September 2018 through January 2020 ("**Compensation Period**") and reimbursement of actual and necessary expenses incurred during the Compensation Period, pursuant to Section 330 of title 11 of the United States

Code ("**Bankruptcy Code**") and Rule 2016 of the Federal Rules of Bankruptcy Procedure ("**Bankruptcy Rules**"). In support thereof, the Firm respectfully represents as follows:

## I. JURISDICTION

1. The Court has jurisdiction over this Application pursuant to 28 U.S.C. §§ 157 and 1334. Venue of this proceeding and this Application is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409. The statutory predicate for the relief sought herein is Bankruptcy Code § 327(a).

## II. BACKGROUND FACTS

2. On September 10, 2018 (the "**Petition Date**"), the Debtor filed a voluntary petition under title 11, chapter 11 of the United States Bankruptcy Code (the "**Bankruptcy Code**") in the United States Bankruptcy Court for the Northern District of Texas, Fort Worth Division (the "**Court**").

3. No trustee or committee has been appointed. The Debtor has operated as Debtor and Debtor-in-possession.

4. The Firm was retained by the Debtor as general bankruptcy counsel. The Court authorized the Firm's employment pursuant to an order entered on February 23, 2018, effective as of November 29, 2018. Prior to the filing of this case, Cheree Bishop tendered to the Firm a cashier's check in the amount of $27,067.00 as a retainer for services to be rendered herein. After deducting the filing fee of $1,717, the balance of these funds were deposited into the Firm's IOLTA trust account. Accordingly, as of this date, the Firm holds $25,350.00 as a retainer to secure payment of post-petition fees and expenses. No withdrawals have been made from the retainer.

## III. FINAL COMPENSATION AND REIMBURSEMENT REQUESTED

5. By this Application, the Firm requests final allowance of $33,003.24, representing $31,222.50 as compensation for professional services rendered during the Compensation Period and $1,780.74 as reimbursement for actual and necessary expenses incurred.

6. During the Compensation Period, the Firm has received no payment and no promises of payment from any source for services rendered or to be rendered in any capacity whatsoever in connection with the matters covered by this Application. There is no agreement or understanding between the Firm and any other person for the sharing of compensation to be received for services rendered in this case.

7. The Firm submits that this Application complies in all material respects with relevant provisions of the Bankruptcy Code and the Bankruptcy Rules.

## IV. ADJUSTMENT OF COMPENSATION AMOUNT

8. The amount of compensation sought herein is derived from the Firm's time entries for the Compensation Period. The undersigned counsel has subjected each of the time

entries to careful review and scrutiny to insure that charges of fees shown therein are accurate and appropriate. As a result, certain charges have been removed or reduced in amount.

## V. SERVICES PROVIDED

9. The Firm's time records for the Compensation Period are attached hereto as **"Exhibit A"**. These records contain time logs describing the time expended by the Firm for the Compensation Period. The Firm has utilized "project billing" as required by the local compensation guidelines. The projects established, a summary of the project and the time billed to each project are set forth below:

| Matter | Description | Total Hours Billed | Total Fees Billed |
|---|---|---|---|
| 1 | Administrative Matters | 9.2 | $2,582.50 |
| 2 | Plan | 74.3 | $22,945 |
| 3 | Professional Retention | 3.1 | $1,085 |
| 4 | Claims, Executory Contracts, and FRCP 4001 matters | 13.9 | $4,610 |
| | TOTALS | 100.5 | $31,222.50 |

10. The Firm submits that the foregoing services were necessary to the successful and prompt administration of the Chapter 11 Case, necessary and beneficial to the estate at the time at which such services were rendered, and performed without unnecessary duplication of effort or expense. The Firm's request for compensation for the foregoing services is reflective of a reasonable and appropriate amount of time expended in performing such services commensurate with the complexity, importance and nature of the problem, issue or task involved.

11. The Firm's charges for professional services rendered in the Chapter 11 Case have been billed in accordance with the Firm's existing billing procedures. The rates the Firm charges for the services rendered in the Chapter 11 Case are lower than the rates the Firm charges for professional services rendered in comparable non-bankruptcy related matters and are reasonable based on the customary compensation charged by comparably skilled practitioners in comparable non-bankruptcy cases in the competitive local legal market.

## VI. APPLICATION OF FIRST COLONIAL CORPORATION OF AMERICA FACTORS

12. Following are the factors to be considered in assessing the reasonableness of professional services required by *First Colonial Corporation of America*, 544 F.2d 1291, 1299 (5th Cir. 1977), *cert. den.* 431 U.S. 904, 97 S.Ct. 1696, 52 L.Ed.2d 388 (1977):

(a) *The Time and Labor Required*

As shown in <u>Exhibit A</u>, it has been necessary for the Firm's professionals to work approximately 100.5 hours in connection with the professional services made the basis of this Application. The Firm submits that each of the projects billed were completed efficiently, given the circumstances of this matter.

   (b)  *The Novelty and Difficulty of the Questions*

The main issue in this case was restructuring the Debtor's creditor relations.

   (c)  *The Skill Requisite to Perform the Legal Service Properly and the Experience, Reputation, and Ability of the Attorney*

Mr. Spector has been licensed to practice law within the State of Texas since 1992 and has been practicing bankruptcy law since that time. The Firm has previously represented many companies and individuals in bankruptcy proceedings. Mr. Spector performed the vast majority of the work on the file and was assisted by 1 paraprofessional.

   (d)  *The Preclusion of Other Employment Due To Acceptance of the Case*

Because the Firm is a small firm, the hours reflected herein are a significant portion of Mr. Spector's time for the Compensation Period.

   (e)  *The Customary Fee*

The fee charged in this matter is substantially lower than the hourly rates being charged for other counsel in this district.

   (f)  *Whether the Fee is Fixed or Contingent*

The fee is fixed at $350.00 per hour for Mr. Spector. The Firm's paralegals are billed at $95.00 per hour.

   (g)  *Time Limitations Imposed by the Client or Other Circumstances*

This factor does not apply.

   (h)  *The Amount Involved and the Results Obtained*

The Firm and the Debtor's efforts resulted in a confirmed Chapter 11 Plan on August 29, 2019.

   (i)  *The Undesirability of the Case.*

This factor does not apply.

   (j)  *The Nature and Length of the Professional Relationship with the Client*

The Firm has no pre-existing relationship with the Debtor.

(k) *Awards in Similar Case*

The Firm submits that the fees and expenses requested are in line with or less than awards in similar case.

## VII. ACTUAL AND NECESSARY EXPENSES

13. Attached hereto as Exhibit B is a schedule of the actual and necessary expenses incurred by the Firm in connection with his representation of the Debtor during the Compensation Period. As set forth on Exhibit B, the Firm seeks reimbursement of actual and necessary expenses incurred by the Firm during the Compensation Period in the aggregate amount of $1,780.74.

14. In connection with such expenses, the Firm represents that copying is charged at $0.20 per page, outgoing facsimiles are charged at $0.25 per page, the long distance telephone charges include actual long-distance carrier charges for outgoing voice and facsimile transmissions, and incoming facsimile transmissions are received at no charge. The basis for these charges is the Firm's calculation of the actual costs of these expenses.

WHEREFORE, the Firm respectfully requests (i) final allowance of $33,003.24, representing $31,222.50 as compensation for professional services rendered during the Compensation Period and $1,780.74 as reimbursement for actual and necessary expenses incurred during the Compensation Period; (ii) an order directing payment by the Debtor of the compensation in the amount allowed on a final basis to the extent that the amounts allowed have not been paid previously; and (iii) such other and further relief as is just.

Dated: January 28, 2020.

Respectfully submitted,

By: */s/ Howard Marc Spector*
Howard Marc Spector
TBA #00785023

SPECTOR & COX, PLLC
Banner Place, Suite 1100
12770 Coit Road
Dallas, Texas 75251
(214) 365-5377
FAX: (214) 237-3380
EMAIL: hspector@spectorcox.com

COUNSEL FOR THE DEBTOR

## CERTIFICATION

The undersigned that he has read the foregoing Application; that to the best of his information and belief, formed after reasonable inquiry, the compensation and expense reimbursement sought in the Application is in conformity with the local guidelines as adopted by this Court; and the compensation and expense reimbursement requested are billed at rates, in accordance with practices no less favorable than those customarily employed by the Firm and generally accepted by the Firm's clients.

                                                          */s/ Howard Marc Spector*
                                                          Howard Marc Spector



# INVOICE

Spector & Cox, PLLC
12770 Coit Road, Suite 1100
Dallas, TX 75251

| | |
|---|---|
| Invoice #: | 1131 |
| Date: | 01-28-2020 |
| Due On: | 01-28-2020 |

Cheree Bishop

Matter Number:HMSW
Matter Name:HMSW

## Services

| Date | Time keeper | Description | Quantity | Rate | Total |
|---|---|---|---|---|---|
| 09-10-18 | HMS | review adversary filed by Simmons | 0.20 | 350.00 | $70.00 |
| 09-20-18 | HMS | t/c with clients | 0.50 | 350.00 | $175.00 |
| 09-24-18 | HMS | draft mtn to extend time to file schedules | 0.20 | 350.00 | $70.00 |
| 09-24-18 | AH | send clients email re. debtor interview and to-do's | 0.50 | 95.00 | $47.50 |
| 09-25-18 | HMS | t/c w/ Bishop | 0.50 | 350.00 | $175.00 |
| 09-26-18 | HMS | review email sent by R. Wylie re proforma financials | 0.60 | 350.00 | $210.00 |
| 09-27-18 | HMS | prepare for and attend debtor interview | 1.00 | 350.00 | $350.00 |
| 09-30-18 | HMS | prepare motion to reject contract with De Souza | 0.50 | 350.00 | $175.00 |
| 10-03-18 | AH | prepare schedules and send email with draft and additional questions | 0.80 | 95.00 | $76.00 |
| 10-04-18 | AH | schedule changes and new draft sent | 0.30 | 95.00 | $28.50 |

Page: 1

Exhibit A

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10-05-18 | HMS | t/c w/ client re. plan revisions | 0.80 | 350.00 | $280.00 |
| 10-05-18 | AH | schedule changes and final draft sent | 0.40 | 95.00 | $38.00 |
| 10-08-18 | HMS | finalize schedules and sofa | 0.50 | 350.00 | $175.00 |
| 10-09-18 | HMS | prepare 4001 motion re. Hagen | 0.70 | 350.00 | $245.00 |
| 10-10-18 | HMS | prepare SJ retention application | 0.70 | 350.00 | $245.00 |
| 10-10-18 | HMS | work session on plan and disclosure statement | 2.00 | 350.00 | $700.00 |
| 10-10-18 | HMS | review and respond to email from clients re timeline of bk and filing of plan and DS | 0.50 | 350.00 | $175.00 |
| 10-10-18 | HMS | various emails to client re. cash collateral and mtn to remand | 0.50 | 350.00 | $175.00 |
| 10-11-18 | HMS | finalize plan and draft application for conditional approval and proposed order re. same | 1.50 | 350.00 | $525.00 |
| 10-11-18 | HMS | status conf for adv removal | 0.50 | 350.00 | $175.00 |
| 10-15-18 | HMS | t/c w/ clients | 0.50 | 95.00 | $47.50 |
| 10-16-18 | AH | prepare application for Thompson Coe | 1.00 | 95.00 | $95.00 |
| 10-16-18 | HMS | review email from client re. Whitburn representation | 0.20 | 350.00 | $70.00 |
| 10-19-18 | HMS | prepare for and attend 341 | 1.00 | 350.00 | $350.00 |
| 10-25-18 | HMS | t/c w/ clients | 0.50 | 350.00 | $175.00 |
| 10-29-18 | HMS | draft proposed order and cert of no bj for De Souza mtn | 0.20 | 350.00 | $70.00 |
| 10-29-18 | HMS | review MFR filed by Simmons | 0.10 | 350.00 | $35.00 |
| 10-29-18 | HMS | prepare objection to motion to remand in adv | 1.00 | 350.00 | $350.00 |
| 10-30-18 | HMS | various emails to client re. proformas, landlord resp, plan draft | 3.00 | 350.00 | $1,050.00 |
| 11-01-18 | HMS | review objection from Simmons re. 4001 mtn | 0.30 | 350.00 | $105.00 |
| 11-12-18 | HMS | prepare objection to Simmons MFR | 0.50 | 350.00 | $175.00 |
| 11-21-18 | HMS | prepare w/e list for MFR hearing | 0.20 | 350.00 | $70.00 |
| 11-21-18 | HMS | prepare cert of no obj for SJ retention app | 0.10 | 350.00 | $35.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11-26-18 | HMS | review and file MOR for September and October 2018 | 0.50 | 350.00 | $175.00 |
| 11-26-18 | HMS | t/c w/ clients | 0.50 | 350.00 | $175.00 |
| 11-27-18 | HMS | prepare for and attend hearing on MFR | 1.20 | 350.00 | $420.00 |
| 11-28-18 | HMS | review Mtn filed by trustee re scheduling order | 0.20 | 350.00 | $70.00 |
| 11-30-18 | HMS | w/s re. plan/DS | 2.50 | 350.00 | $875.00 |
| 12-05-18 | HMS | t/c w/ clients | 0.50 | 350.00 | $175.00 |
| 12-11-18 | HMS | finalize plan and motion for approval of DS | 1.50 | 350.00 | $525.00 |
| 12-13-18 | HMS | review order conditionally approving DS | 0.10 | 350.00 | $35.00 |
| 12-14-18 | HMS | review MFR filed by Simmons | 0.20 | 350.00 | $70.00 |
| 12-17-18 | AH | organize and mail out plan and order | 2.50 | 95.00 | $237.50 |
| 12-19-18 | HMS | draft response to 2nd MFR by Simmons | 0.50 | 350.00 | $175.00 |
| 12-20-18 | HMS | prepare for and attend hearing on 2nd MFR | 1.00 | 350.00 | $350.00 |
| 12-21-18 | HMS | t/c w/ clients | 0.50 | 350.00 | $175.00 |
| 12-21-18 | AH | prepare COS for plan mail out | 0.80 | 95.00 | $76.00 |
| 12-26-18 | HMS | prepare and file suggestion of bk in Simmons appeal | 0.40 | 350.00 | $140.00 |
| 01-09-19 | HMS | review and file MOR reports for November and December 2018 | 0.50 | 350.00 | $175.00 |
| 01-09-19 | HMS | review mtn to consolidate | 0.20 | 350.00 | $70.00 |
| 01-09-19 | HMS | review 3rd MFR filed by Simmons | 0.30 | 350.00 | $105.00 |
| 01-10-19 | HMS | t/c w/ clients | 0.50 | 350.00 | $175.00 |
| 01-16-19 | HMS | finalize plan/DS | 1.00 | 350.00 | $350.00 |
| 01-17-19 | HMS | draft mtn for approval of DS | 0.60 | 350.00 | $210.00 |
| 01-17-19 | HMS | finalize mtn to approve DS | 0.30 | 350.00 | $105.00 |
| 01-18-19 | AH | serve plan and order | 2.50 | 95.00 | $237.50 |
| 01-18-19 | HMS | review order granting conditional approval | 0.10 | 350.00 | $35.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01-18-19 | AH  | prepare COS for plan mail out | 0.30 | 95.00 | $28.50 |
| 01-22-19 | HMS | t/c w/ clients | 0.50 | 350.00 | $175.00 |
| 01-23-19 | HMS | prepare w/e for hrg on 4001 mtn | 0.20 | 350.00 | $70.00 |
| 01-31-19 | HMS | prepare for and attend hearing on MFR | 2.00 | 350.00 | $700.00 |
| 02-06-19 | HMS | t/c w/ clients | 0.50 | 350.00 | $175.00 |
| 02-11-19 | HMS | prepare w/e for MFR | 0.20 | 350.00 | $70.00 |
| 02-21-19 | HMS | review objection to confirmation filed by Simmons | 0.50 | 350.00 | $175.00 |
| 02-24-19 | HMS | review and file MOR for January 2019 | 0.50 | 350.00 | $175.00 |
| 02-24-19 | HMS | in office meeting re. confirmation | 1.00 | 350.00 | $350.00 |
| 02-25-19 | HMS | prepare ballot summary | 0.30 | 350.00 | $105.00 |
| 02-25-19 | HMS | review supplement filed by Simmons to confirmation obj | 0.30 | 350.00 | $105.00 |
| 02-25-19 | HMS | prepare w/e for confirmation | 0.20 | 350.00 | $70.00 |
| 02-25-19 | AH  | prepare exhibits and binders for confirmation | 2.50 | 95.00 | $237.50 |
| 02-27-19 | HMS | prepare for and attend confirmation | 3.50 | 350.00 | $1,225.00 |
| 03-04-19 | HMS | prepare proposed plan modifications | 1.50 | 350.00 | $525.00 |
| 03-08-19 | HMS | prepare mtn to extend exclusivity period | 1.00 | 350.00 | $350.00 |
| 03-15-19 | HMS | review order denying DS | 0.50 | 350.00 | $175.00 |
| 04-01-19 | HMS | review and file MOR for February 2019 | 0.50 | 350.00 | $175.00 |
| 04-02-19 | HMS | prepare cert of no obj for exclusivity mtn | 0.10 | 350.00 | $35.00 |
| 04-22-19 | HMS | review and file MOR for March 2019 | 0.50 | 350.00 | $175.00 |
| 05-06-19 | HMS | email to clients re. missed call, upcoming hearings, plan timing | 0.40 | 350.00 | $140.00 |
| 05-07-19 | HMS | t/c w/ clients | 0.50 | 350.00 | $175.00 |
| 05-30-19 | HMS | review and file MOR for April 2019 | 0.30 | 350.00 | $105.00 |
| 06-06-19 | HMS | t/c w/ clients | 0.50 | 350.00 | $175.00 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07-02-19 | HMS | review and file MOR for May 2019 | 0.30 | 350.00 | $105.00 |
| 07-02-19 | HMS | Revise plan | 2.00 | 350.00 | $700.00 |
| 07-02-19 | HMS | email exchange with C. Bishop | 0.10 | 350.00 | $35.00 |
| 07-07-19 | HMS | Revisions to stand alone plan for HMSW | 4.00 | 350.00 | $1,400.00 |
| 07-07-19 | HMS | Review email from R. Wylie; revise plan and disclosure statement | 2.00 | 350.00 | $700.00 |
| 07-10-19 | HMS | t/c w/ clients | 0.50 | 350.00 | $175.00 |
| 07-11-19 | HMS | Review comments from C. Bishop to plan; revise same | 2.00 | 350.00 | $700.00 |
| 07-17-19 | HMS | t/c w/ clients | 0.50 | 350.00 | $175.00 |
| 07-17-19 | HMS | Revisions to joint plan of liquidation | 3.00 | 350.00 | $1,050.00 |
| 07-19-19 | HMS | prepare motion for approval of DS | 0.50 | 350.00 | $175.00 |
| 07-19-19 | AH | serve plan and order | 2.50 | 95.00 | $237.50 |
| 07-19-19 | AH | prepare COS for plan mail out | 0.30 | 95.00 | $28.50 |
| 07-22-19 | HMS | prepare amended plan | 2.00 | 350.00 | $700.00 |
| 07-24-19 | HMS | t/c w/ clients | 0.50 | 350.00 | $175.00 |
| 07-30-19 | HMS | review and file MOR for June 2019 | 0.30 | 350.00 | $105.00 |
| 08-07-19 | HMS | Finalize plan revisions, confirm same with Craig Davis. | 1.50 | 350.00 | $525.00 |
| 08-07-19 | HMS | t/c w/ clients | 0.50 | 350.00 | $175.00 |
| 08-07-19 | HMS | emails with client re amendment to DS | 0.50 | 350.00 | $175.00 |
| 08-07-19 | HMS | Revise plan re: claims made by Hagen (.4); email from R. Wylie re: same (.1) | 0.50 | 350.00 | $175.00 |
| 08-07-19 | HMS | T/c with client representatives | 0.40 | 350.00 | $140.00 |
| 08-07-19 | HMS | Plan revisions and revisions to creditor estimates | 1.50 | 350.00 | $525.00 |
| 08-08-19 | HMS | prepare amended plan | 0.50 | 350.00 | $175.00 |
| 08-10-19 | HMS | Meeting with client representatives to prepare for confirmation; prepare for same. | 2.50 | 350.00 | $875.00 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 08-13-19 | HMS | Reply re: employee ballots | 0.10 | 350.00 | $35.00 |
| 08-14-19 | HMS | prepare w/e for confirmation hearing | 0.20 | 350.00 | $70.00 |
| 08-15-19 | HMS | email to client re ballots received | 0.10 | 350.00 | $35.00 |
| 08-16-19 | HMS | prepare ballot summary | 0.20 | 350.00 | $70.00 |
| 08-16-19 | HMS | review of plan objection and ballot from Simmons | 1.00 | 350.00 | $350.00 |
| 08-16-19 | HMS | Review ballots for ballot summary | 0.40 | 350.00 | $140.00 |
| 08-17-19 | HMS | in office mtg re. confirmation | 1.00 | 350.00 | $350.00 |
| 08-19-19 | HMS | prepare for and attend confirmation hearing | 4.00 | 350.00 | $1,400.00 |
| 08-19-19 | HMS | prepare modified plan | 1.00 | 350.00 | $350.00 |
| 08-28-19 | HMS | prepare modified plan | 0.50 | 350.00 | $175.00 |
| 08-29-19 | HMS | prepare proposed confirmation order | 1.00 | 350.00 | $350.00 |
| 10-31-19 | AH | review and file 7-2019 MOR and 3Q 2019 | 0.50 | 95.00 | $47.50 |
| 11-14-19 | AH | draft and file notice of effective date | 0.10 | 95.00 | $9.50 |
| 12-23-19 | HMS | t/c w/ client | 0.50 | 350.00 | $175.00 |
| 01-27-20 | HMS | prepare final fee application | 2.00 | 350.00 | $700.00 |
| 01-28-20 | HMS | prepare objection to claim | 0.50 | 350.00 | $175.00 |

Services Subtotal: $31,222.50

| Expense | Amount |
|---|---:|
| Filing Fee-Adversary | $ 350.00 |
| Filing Fee- litigation | $ 6.67 |
| Copies | $ 859.95 |
| Postage | $ 397.72 |
| Faxes | $ 28.00 |
| Secretary of State fee | $ 3.00 |
| Parking | $ 20.00 |
| PACER fees | $ 33.70 |
| Courier | $ 81.70 |
| Total | $ 1,780.74 |

Exhibit B