Howard Marc Spector
TBA #00785023
SPECTOR & COX, P.L.L.C.
12770 Coit Road, Suite 1100
Dallas, Texas 75251
[214] 365-5377
FAX: [214] 237-3380

**COUNSEL FOR HMSW, CPA, P.L.L.C.**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | | |
|---|---|---|
| **In re:** | § | |
| | § | **Case No. 18-43569** |
| **HMSW CPA, P.L.L.C.** | § | **(Chapter 11)** |
| | § | |
| | § | **Jointly Administered** |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that the Motion for Final Decree has been set for a hearing on **May 13, 2020 at 1:30 p.m.** before the Honorable Mark X. Mullin, Room 128, U. S. Courthouse, 501 W. 10th Street, Fort Worth, TX 76102.

Dated: April 3, 2020.

                                                  Respectfully submitted,

                                            */s/ Howard Marc Spector*
                                              Howard Marc Spector
                                              TBA #00785023

                                              SPECTOR & COX, PLLC
                                              12770 Coit Road, Suite 1100
                                              Dallas, Texas 75251
                                              (214) 365-5377
                                              FAX: (214) 237-3380
                                              EMAIL: hspector@spectorcox.com

                                              COUNSEL FOR HMSW CPA, PLLC