**Monthly Operating Report**
CASH BASIS

| CASE NAME: | HMSW CPA, PLLC |
|---|---|
| CASE NUMBER: | 18-43569-11MXM |
| JUDGE: | |

# UNITED STATES BANKRUPTCY COURT
## NORTHERN & EASTERN DISTRICTS OF TEXAS
### REGION 6
### MONTHLY OPERATING REPORT

MONTH ENDING: __1st__ __2020__
                                  Quarter     YEAR

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING MONTHLY OPERATING REPORT (CASH BASIS-1 THROUGH CASH BASIS-6) AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT, AND COMPLETE. DECLARATION OF THE PREPARER (OTHER THAN RESPONSIBLE PARTY) IS BASED ON ALL INFORMATION OF WHICH PREPARER HAS ANY KNOWLEDGE.

RESPONSIBLE PARTY:

_[signature]_                 Managing Member
ORIGINAL SIGNATURE OF RESPONSIBLE PARTY      TITLE

Kent Sharp                      4/17/20
PRINTED NAME OF RESPONSIBLE PARTY          DATE

PREPARER:

_[signature]_                 Accountant
ORIGINAL SIGNATURE OF PREPARER          TITLE

Coye Wylie                      4-17-20
PRINTED NAME OF PREPARER            DATE

**Quarterly Operating Report**
CASH BASIS-1

| CASE NAME: | HMSW CPA, PLLC | | | |
|---|---|---|---|---|
| CASE NUMBER: | 18-43569-11MXM | | | |

| CASH RECEIPTS AND DISBURSEMENTS | QUARTER 2020 1st QTR | QUARTER | QUARTER | QUARTER |
|---|---|---|---|---|
| 1. CASH - BEGINNING OF MONTH | $ 3,856.02 | | | |
| **RECEIPTS** | | | | |
| 2. CASH SALES | | | | |
| 3. ACCOUNTS RECEIVABLE COLLECTIONS | $ 2,961.25 | | | |
| 4. LOANS AND ADVANCES | | | | |
| 5. SALE OF ASSETS | | | | |
| 6. LEASE & RENTAL INCOME | | | | |
| 7. WAGES | | | | |
| 8. OTHER (ATTACH LIST) | | | | |
| 9. TOTAL RECEIPTS | $ 2,961.25 | $ - | | $ - |
| **DISBURSEMENTS** | | | | |
| 10. NET PAYROLL | $ - | | | |
| 11. PAYROLL TAXES PAID | $ - | | | |
| 12. SALES, USE & OTHER TAXES PAID | $ - | | | |
| 13. INVENTORY PURCHASES | . | | | |
| 14. MORTAGE PAYMENTS | | | | |
| 15. OTHER SECURED NOTE PAYMENTS | | | | |
| 16. RENTAL & LEASE PAYMENTS | $ 441.00 | | | |
| 17. UTILITIES | | | | |
| 18. INSURANCE | $ - | | | |
| 19. VEHICLE EXPENSES | | | | |
| 20. TRAVEL | | | | |
| 21. ENTERTAINMENT | | | | |
| 22. REPAIRS & MAINTENANCE | | | | |
| 23. SUPPLIES | | | | |
| 24. ADVERTISING | | | | |
| 25. HOUSEHOLD EXPENSES | | | | |
| 26. CHARITABLE CONTRIBUTIONS | | | | |
| 27. GIFTS | | | | |
| 28. OTHER (ATTACH LIST) | $ 4,528.99 | | | |
| 29. TOTAL ORDINARY DISBURSEMENTS | $ 4,969.99 | $ - | $ - | $ - |
| **REORGANIZATION EXPENSES** | | | | |
| 30. PROFESSIONAL FEES | | | | |
| 31. U.S. TRUSTEE FEES | | | | |
| 32. OTHER (ATTACH LIST) | | | | |
| 33. TOTAL REORGANIZATION EXPENSES | $ - | $ - | $ - | $ - |
| 34. TOTAL DISBURSEMENTS | $ 4,969.99 | $ - | $ - | $ - |
| 35. NET CASH FLOW | $ (2,008.74) | $ - | $ - | $ - |
| 36. CASH - END OF MONTH | $ 1,847.28 | $ - | $ - | $ - |

**Quarterly Operating Report**
CASH BASIS-1

| CASE NAME: | HMSW CPA, PLLC | | | |
|---|---|---|---|---|
| CASE NUMBER: | 18-43569-11MXM | | | |

| Other Deposits | QUARTER 2020 1st Qtr | QUARTER | QUARTER | QUARTER |
|---|---|---|---|---|
| | | | | |
| TOTAL OTHER INCOME | $    - | $    - | $    - | $    - |

**Quarterly Operating Report**
CASH BASIS-1

| CASE NAME: | HMSW CPA, PLLC | | | |
|---|---|---|---|---|
| CASE NUMBER: | 18-43569-11MXM | | | |

| OTHER EXPENSE | QUARTER 2020 1st Qtr | QUARTER | QUARTER | QUARTER |
|---|---|---|---|---|
| 1. BANK CHARGES | $ 42.00 | | | |
| 2. COMPUTER & INTERNET CHARGES | $ - | $ - | $ - | |
| 3. CONTRACT LABOR | $ 1,188.33 | | $ - | |
| 4. MEETINGS & CONFERENCES | | | $ - | |
| 5. JANITORIAL | | | | |
| 6. BUILDING MAINTENANCE | | | | |
| 7. PAYROLL LIABILITIES | $ 0.36 | | | |
| 8. POSTAGE | | $ - | | |
| 9. LICENSES & FEES | | | | |
| 10. SECURITY | | | | |
| 11. SOFTWARE | $ 279.80 | | $ - | |
| 12. TELEPHONE | $ 2,928.56 | $ - | | |
| 13. UTILITIES | | | | |
| 14. CREDIT CARD FEES | $ 89.94 | | | |
| 15. CLIENT COSTS | | | | |
| 16. OFFICE SUPPLIES | | | | |
| 17. CONTINUING EDUCATION | | | | |
| 18. TRANSFERS WORTHINGTON TO WF DIP | | | | |
| 19. MOVING EXPENSE | | | | |
| 20. CLIENT REFUND | | | | |
| 21. PENALTY/INTEREST | | | | |
| TOTAL OTHER EXPENSES | $ 4,528.99 | $ - | $ - | $ - |

**Quarterly Operating Report**
CASH BASIS-1B

1 of 1

| CASE NAME: | HMSW CPA, PLLC |
|---|---|
| CASE NUMBER: | 18-43569-11MXM |

| CASH DISBURSEMENTS DETAIL | | QUARTER | 1st QTR |
|---|---|---|---|

| CASH DISBURSEMENTS ||||
|---|---|---|---|
| DATE | PAYEE | PURPOSE | AMOUNT |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
| TOTAL CASH DISBURSEMENTS |  |  | $ - |

| BANK ACCOUNT DISBURSEMENTS ||||
|---|---|---|---|
| debit card | 01/02/20 | Life Storage | Storage Rent | $ 147.00 |
| ACH | 01/02/20 | Bankcard Merchant | Credit card fees | $ 22.28 |
| ACH | 01/04/20 | Care One Communications | Telephone | $ 2,928.56 |
| 10409 | 01/21/20 | Texas Cloud Solutions | Contract Labor | $ 1,188.33 |
| draft | 01/29/20 | GoDaddy.com | Software | $ 43.26 |
| draft | 01/31/20 | Wells Fargo Bank | Bank service charge | $ 14.00 |
| EFTPS | 01/31/20 | Internal Revenue Service | Payroll taxes | $ 0.36 |
| debit card | 02/03/20 | Life Storage | Storage Rent | $ 147.00 |
| draft | 02/03/20 | GoDaddy.com | Software | $ 36.34 |
| draft | 02/03/20 | GoDaddy.com | Software | $ 115.00 |
| ACH | 02/03/20 | Bankcard Merchant | Credit card fees | $ 17.95 |
| draft | 02/28/20 | Wells Fargo Bank | Bank service charge | $ 14.00 |
| draft | 03/02/20 | GoDaddy.com | Software | $ 42.60 |
| ACH | 03/02/20 | Bankcard Merchant | Credit card fees | $ 49.71 |
| debit card | 03/05/20 | Life Storage | Storage Rent | $ 147.00 |
| draft | 03/30/20 | GoDaddy.com | Software | $ 42.60 |
| draft | 03/31/20 | Wells Fargo Bank | Bank service charge | $ 14.00 |
|  |  | TOTAL BANK ACCOUNT DISBURSEMENTS |  | $ 4,969.99 |

| TOTAL DISBURSEMENTS FOR THE MONTH |  | $ 4,969.99 |
|---|---|---|

**Quarterly Operating Report**
CASH BASIS-2

| CASE NAME: | HMSW CPA, PLLC |
|---|---|
| CASE NUMBER: | 18-43569-11MXM |

| BANK RECONCILIATIONS | 2020 1st QTR | | |
|---|---|---|---|
| A. BANK: | WellsFargo | WellsFargo | WellsFargo |
| B. ACCOUNT NUMBER: | 9972 | 9972 | 9972 |
| C. PURPOSE (TYPE): | DIP Acct | DIP Acct | DIP Acct |
| 1. BALANCE PER BANK STATEMENT | $ 1,847.28 | | |
| 2. ADD: TOTAL DEPOSITS NOT CREDITED | $ - | | |
| 3. SUBTRACT: OUTSTANDING CHECKS | $ - | | |
| 4. OTHER RECONCILING ITEMS | | | |
| 5. MONTH END BALANCE PER BOOKS | $ 1,847.28 | $ - | $ - |
| 6. NUMBER OF LAST CHECK WRITTEN | | | |

| INVESTMENT ACCOUNTS | | | |
|---|---|---|---|
| BANK, ACCOUNT NAME & NUMBER | DATE OF PURCHASE | TYPE OF INSTRUMENT | PURCHASE PRICE |
| 7. | | | |
| 8. | | | |
| 9. | | | |
| 10. | | | |
| 11. TOTAL INVESTMENTS | | | $ - |

**CASH**

| 12. CURRENCY ON HAND | | | |
|---|---|---|---|
| 13. TOTAL CASH - END OF MONTH | 1,847.28 | 0.00 | 0.00 |

**Quarterly Operating Report**
CASH BASIS-3

| CASE NAME: | HMSW CPA, PLLC |
|---|---|
| CASE NUMBER: | 18-43569-11MXM |

| ASSETS OF THE ESTATE | | | | |
|---|---|---|---|---|
| SCHEDULE "A" REAL PROPERTY | SCHEDULE AMOUNT | QUARTER 2020 1st QTR | QUARTER | QUARTER |
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. OTHER (ATTACH LIST) | | | | |
| 5. TOTAL REAL PROPERTY ASSETS | $ - | $ - | $ - | $ - |
| SCHEDULE "B" PERSONAL PROPERTY | | | | |
| 1. CASH ON HAND | | | | |
| 2. CHECKING, SAVINGS, ETC. | $ 1,178.02 | $ 1,847.28 | | |
| 3. SECURITY DEPOSITS | | | | |
| 4. HOUSEHOLD GOODS | | | | |
| 5. BOOKS, PICTURES, ART | | | | |
| 6. WEARING APPAREL | | | | |
| 7. FURS AND JEWELRY | | | | |
| 8. FIREARMS & SPORTS EQUIPMENT | | | | |
| 9. INSURANCE POLICIES | | | | |
| 10. ANNUITIES | | | | |
| 11. EDUCATION | | | | |
| 12. RETIREMENT & PROFIT SHARING | | | | |
| 13. STOCKS | | | | |
| 14. PARTNERSHIPS & JOINT VENTURES | | | | |
| 15. GOVERNMENT & CORPORATE BONDS | | | | |
| 16. ACCOUNTS RECEIVABLE | $ 50,029.57 | $ 26,828.32 | | |
| 17. ALIMONY | | | | |
| 18. OTHER LIQUIDATED DEBTS | | | | |
| 19. EQUITABLE INTERESTS | | | | |
| 20. CONTINGENT INTERESTS | | | | |
| 21. OTHER CLAIMS | | | | |
| 22. PATENTS & COPYRIGHTS | | | | |
| 23. LICENSES & FRANCHISES | | | | |
| 24. CUSTOMER LISTS | | | | |
| 25. AUTOS, TRUCKS & OTHER VEHICLES | | | | |
| 26. BOATS & MOTORS | | | | |
| 27. AIRCRAFT | | | | |
| 28. OFFICE EQUIPMENT | $ 8,840.00 | $ 8,840.00 | | |
| 29. MACHINERY, FIXTURES & EQUIPMENT | | | | |
| 30. INVENTORY | $ 5,673.75 | $ - | $ - | $ - |
| 31. ANIMALS | | | | |
| 32. CROPS | | | | |
| 33. FARMING EQUIPMENT | | | | |
| 34. FARM SUPPLIES | | | | |
| 35. OTHER : DUE FROM MEMBERS & EMP. | $ 204,832.23 | $ 204,823.23 | $ 204,823.23 | $ 204,823.23 |
| 36. TOTAL PERSONAL PROPERTY ASSETS | $ 270,553.57 | $ 242,338.83 | $ 204,823.23 | $ 204,823.23 |
| 37. TOTAL ASSETS | $ 270,553.57 | $ 242,338.83 | $ 204,823.23 | $ 204,823.23 |

**Quarterly Operating Report**
CASH BASIS-4

| CASE NAME: | HMSW CPA, PLLC |
|---|---|
| CASE NUMBER: | 18-43569-11MXM |

QUARTER    1st 2020

| LIABILITIES OF THE ESTATE | | |
|---|---|---|
| PREPETITION LIABILITIES | SCHEDULE AMOUNT | PAYMENTS |
| 1. SECURED ** | $ 54,236.27 | $ 58,000.00 |
| 2. PRIORITY | $ 30,293.13 | |
| 3. UNSECURED | $ 204,842.82 | |
| 4. OTHER (ATTACH LIST) | | |
| 5. TOTAL PREPETITION LIABILITIES | $ 289,372.22 | $ 58,000.00 |

** Note: "Schedule Amount" was less than final allowed claim

| POSTPETITION LIABILITIES | DATE INCURRED | AMOUNT OWED | DUE DATE | AMOUNT PAST DUE |
|---|---|---|---|---|
| 1. FEDERAL INCOME TAXES | | | | $ - |
| 2. FICA/MEDICARE | | | | |
| 3. STATE TAXES | | | | |
| 4. REAL ESTATE TAXES | | | | |
| 5. OTHER TAXES (ATTACH LIST) | | | | |
| 6. TOTAL TAXES | | $ - | | $ - |
| OTHER POSTPETITION LIABILITIES INCLUDING TRADE CREDITORS (LIST NAMES OF CREDITORS) | | | | |
| 10. | | | | |
| 11. Pitney Bowes Postage | Various | $ 3,500.06 | 06/30/19 | |
| 12. | | | | |
| 13. | | | | |
| 14. | | | | |
| 15. | | | | |
| 16. | | | | |
| 17. | | | | |
| 18. | | | | |
| 19. | | | | |
| 20. | | | | |
| 21. | | | | |
| 22. | | | | |
| 23. | | | | |
| 24. | | | | |
| 25. | | | | |
| 26. | | | | |
| 27. | | | | |
| 28. | | | | |
| 29. (IF ADDITIONAL ATTACH LIST) | | | | |
| 30. TOTAL OF LINES 7 - 29 | | $ 3,500.06 | | $ - |
| 31. TOTAL POSTPETITION LIABILITIES | | $ 3,500.06 | | $ - |

**Quarterly Operating Report**
**CASH BASIS-4A**

| CASE NAME: | HMSW CPA, PLLC |
|---|---|
| CASE NUMBER: | 18-43569-11MXM |

Quarter: 1st 2020

| ACCOUNTS RECEIVABLE AGING | SCHEDULE AMOUNT | QUARTER Mar-20 | QUARTER | QUARTER |
|---|---|---|---|---|
| 1. 0 - 30 | | | | |
| 2. 31 - 60 | | | | |
| 3. 61 - 90 | | | | |
| 4. 91 + | | $ 26,828.25 | | |
| 5. TOTAL ACCOUNTS RECEIVABLE | $ - | $ 26,828.25 | $ - | $ - |
| 6. AMOUNT CONSIDERED UNCOLLECTIBLE | | $ 6,126.25 | | |
| 7. ACCOUNTS RECEIVABLE (NET) | $ - | $ 20,702.00 | $ - | $ - |

| AGING OF POSTPETITION TAXES AND PAYABLES | | | | |
|---|---|---|---|---|
| TAXES PAYABLE | 0 - 30 DAYS | 31-60 DAYS | 90+ DAYS | Total |
| 1. FEDERAL | | | | $ - |
| 2. STATE | | | | $ - |
| 3. LOCAL | | | | $ - |
| 4. OTHER (ATTACH LIST) | | | | $ - |
| 5. TOTAL TAXES PAYABLE | $ - | $ - | $ - | $ - |
| 6. ACCOUNTS PAYABLE | | | $ 3,500.06 | $ 3,500.06 |

| STATUS OF POSTPETITION TAXES | BEGINNING TAX LIABILITY | AMOUNT WITHHELD OR ACCRUED | AMOUNT PAID | ENDING TAX LIABILITY |
|---|---|---|---|---|
| FEDERAL | | | | |
| 1. WITHHOLDING | $ - | $ - | $ - | $ - |
| 2. FICA-EMPLOYEE | $ - | $ - | $ - | $ - |
| 3. FICA-EMPLOYER | $ - | $ - | $ - | $ - |
| 4. UNEMPLOYMENT | | | | $ - |
| 5. INCOME | | | | $ - |
| 6. OTHER (ATTACH LIST) TWC | | $ - | $ - | $ - |
| 7. TOTAL FEDERAL TAXES | $ - | $ - | $ - | $ - |
| STATE AND LOCAL | | | | $ - |
| 8. WITHHOLDING | | | | $ - |
| 9. SALES | | | | $ - |
| 10. EXCISE | | | | $ - |
| 11. UNEMPLOYMENT | | | | $ - |
| 12. REAL PROPERTY | | | | $ - |
| 13. PERSONAL PROPERTY | | | | $ - |
| 14. OTHER (ATTACH LIST) | | | | $ - |
| 15. TOTAL STATE & LOCAL | $ - | $ - | $ - | $ - |
| 16. TOTAL TAXES | $ - | $ - | $ - | $ - |

**Quarterly Operating Report**
CASH BASIS-5

| CASE NAME: | HMSW CPA, PLLC |
|---|---|
| CASE NUMBER: | 18-43569-11MXM |

QUARTER  2020 1st QTR

### PAYMENTS TO INSIDERS AND PROFESSIONALS

| INSIDERS | | | |
|---|---|---|---|
| NAME | TYPE OF PAYMENT | AMOUNT PAID | TTL PD TO DATE |
| 1. Kent Sharp | Compensation | $ - | $ 79,615.29 |
| 2. Cheree Bishop | Compensation | $ - | $ 101,591.73 |
| 3. Weston Wylie | Compensation | $ - | $ 22,503.00 |
| 4. Richard Wylie | Compensation | $ - | $ 157,500.00 |
| 5. Mandolin Stebbins | Compensation | $ - | $ 27,520.00 |
| 6. Coye Wylie | Compensation | $ - | $ 38,500.00 |
| TOTAL PAYMENTS TO INSIDERS | | $ - | $ 427,230.02 |

| PROFESSIONALS | | | | | |
|---|---|---|---|---|---|
| NAME | DATE OF COURT ORDER AUTHORIZING PAYMENT | AMOUNT APPROVED | AMOUNT PAID | TTL PAID TO DATE | TOTAL INCURRED & UNPAID |
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |
| TOTAL PAYMENTS TO PROFESSIONALS | | $ - | $ - | $ - | $ - |

### POSTPETITION STATUS OF SECURED NOTES, LEASES PAYABLE AND ADEQUATE PROTECTION PAYMENTS

| NAME OF CREDITOR | SCHEDULED MONTHLY PAYMENTS DUE | AMOUNTS PAID DURING MONTH | TOTAL UNPAID POST-PETITION |
|---|---|---|---|
| | | | $ - |
| | | | $ - |
| 3. | | | |
| 4. | | | |
| 5. | | | |
| 6. TOTAL | $ - | $ - | $ - |

**Quarterly Operating Report**
CASH BASIS-6

2020

CASE NAME: HMSW CPA, PLLC

CASE NUMBER: 18-43569-11MXM

QUARTER: 4th 2019

### QUESTIONNAIRE

| | YES | NO |
|---|---|---|
| 1. HAVE ANY ASSETS BEEN SOLD OR TRANSFERRED OUTSIDE THE NORMAL COURSE OF BUSINESS THIS REPORTING PERIOD? | | X |
| 2. HAVE ANY FUNDS BEEN DISBURSED FROM ANY ACCOUNT OTHER THAN A DEBTOR IN POSSESSION ACCOUNT? | X | |
| 3. ARE ANY POSTPETITION RECEIVABLES (ACCOUNTS, NOTES OR LOANS) DUE FROM RELATED PARTIES? | | X |
| 4. HAVE ANY PAYMENTS BEEN MADE ON PREPETITION LIABILITIES THIS REPORTING PERIOD? | | X |
| 5. HAVE ANY POSTPETITION LOANS BEEN RECEIVED BY THE DEBTOR FROM ANY PARTY? | | X |
| 6. ARE ANY POSTPETITION PAYROLL TAXES PAST DUE? | | X |
| 7. ARE ANY POSTPETITION STATE OR FEDERAL INCOME TAXES PAST DUE? | | X |
| 8. ARE ANY POSTPETITION REAL ESTATE TAXES PAST DUE? | | X |
| 9. ARE ANY OTHER POSTPETITION TAXES PAST DUE? | | X |
| 10. ARE ANY AMOUNTS OWED TO POSTPETITION CREDITORS DELINQUENT? | | X |
| 11. HAVE ANY PREPETITION TAXES BEEN PAID DURING THE REPORTING PERIOD? | | X |
| 12. ARE ANY WAGE PAYMENTS PAST DUE? | | X |

IF THE ANSWER TO ANY OF THE ABOVE QUESTIONS IS "YES"; PROVIDE A DETAILED EXPLANATION OF EACH ITEM. ATTACH ADDITIONAL SHEETS IF NECESSARY.
   DIP account closed after Plan confirmation.

### INSURANCE

| | YES | NO |
|---|---|---|
| 1. ARE WORKER'S COMPENSATION, GENERAL LIABILITY AND OTHER NECESSARY INSURANCE COVERAGES IN EFFECT? | X | |
| 2. ARE ALL PREMIUM PAYMENTS PAID CURRENT? | X | |
| 3. PLEASE ITEMIZE POLICIES BELOW | | |

IF THE ANSWER TO ANY OF THE ABOVE QUESTIONS IS "NO" OR IF ANY POLICIES HAVE BEEN CANCELED OR NOT RENEWED DURING THIS REPORTING PERIOD, PROVIDE AN EXPLANATION BELOW. ATTACH ADDITIONAL SHEETS IF NECESSARY.
   Debtor has ceased operations and is liquidating.

### INSTALLMENT PAYMENTS

| TYPE OF POLICY | CARRIER | PERIOD COVERED | | PAYMENT AMOUNT & FREQUENCY | | |
|---|---|---|---|---|---|---|
| Cyber Insurance | Travelers | 11/1/2018 | 11/01/19 | paid in full | | Cancelled |
| Professional Liability | Travelers | 12/15/18 | 12/15/19 | Monthly | $873.33 | Cancelled |
| Business Owners Policy | The Hartford | 09/03/18 | 09/03/19 | Quarterly | $553.00 | Cancelled |
| Workers Compensation | The Hartford | 09/03/18 | 09/03/19 | Quarterly | $227.25 | Cancelled |

**Quarterly Operating Report**
CASH BASIS-6A

2020

CASE NAME: HMSW CPA, PLLC

CASE NUMBER: 18-43569-11MXM

QUARTER  1st QTR 2020

QUESTIONNAIRE FOOTNOTES

2 - DIP Account was closed per instructions from Trustee.