United States Department of Justice
Office of the United States Trustee
1100 Commerce St.  Room 976
Dallas, Texas  75242
(214) 767-1247

Elizabeth Ziegler Young,
for the United States Trustee
elizabeth.a.young@usdoj.gov

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | Case No. 18-43569-MXM-11 |
| HMSW CPA, P.L.L.C., et al | § | |
| | § | Hearing: May 13, 2020 |
| Reorganized Debtors. | § | 1:30 p.m. |

**Withdrawal of the United States Trustee's Objection to Application for Final Decree**
**[docket no. 143]**

TO THE HONORABLE MARK X. MULLIN,
UNITED STATES BANKRUPTCY JUDGE:

The United States Trustee for Region 6 Withdraws his Objection to Application for Final Decree (docket no. 143).  The United States Trustee would show:

**Factual and Procedural History**

1. On September 10, 2018, HMSW CPA P.L.L.C. filed a voluntary petition for relief under chapter 11.

2. On December 24, 2018, KSW CPA P.C. filed a voluntary petition for relief under chapter 11.

3. On January 15, 2019, the court entered an order jointly administering these cases ("Debtors"). [docket no. 63]

4. On August 29, 2019, the Court entered the order ("Confirmation Order") [docket no. 126] confirming the First Amended Combined Joint Plan of Liquidation (including Second Amended Plan of Liquidation for HMSW) and Disclosure Statement, as Modified (Including Modifications Made as a Condition of Confirmation) Filed by the Debtors (the "Plan,") [docket no. 125].

5. On March 13, 2020, Debtors filed their Application for a Final Decree. [docket no. 140]

6. On April 7, 2020, the United States Trustee objected to the Application for a Final Decree as Debtors were not current in paying United States Trustee Quarterly Fees and filing Quarterly Reports ("Objection"). [docket no. 143]

7. Debtors have since become current with their administrative obligations.

8. Based on Debtors' curing of administrative deficiencies, the Objection was rendered moot and the United States Trustee withdraws that Objection.

Wherefore, premises considered, the United States Trustee respectfully withdraws, without prejudice, his Objection. The United States Trustee asks for any further relief to which he may be justly entitled.

DATED: May 7, 2020

Respectfully submitted,

WILLIAM T. NEARY  
UNITED STATES TRUSTEE  
*/s/ Elizabeth Ziegler Young*  
Elizabeth Ziegler Young  
Trial Attorney  
Texas State Bar No. 24086345 (Also NY)  
Office of the United States Trustee  
1100 Commerce Street, Room 976  
Dallas, Texas  75242  
(214) 767-1247  
elizabeth.a.young@usdoj.gov

## Certificate of Service

There undersigned hereby certifies that on May 7, 2020, a copy of the foregoing pleading was served on the parties listed below via First Class United States Mail and/or ECF.

/s/ Elizabeth Ziegler Young
Elizabeth Ziegler Young

**HMSW CPA, PLLC**
1010 North Center Street
Suite 100
Arlington, TX 76011

**Howard Marc Spector**
Spector & Cox, PLLC
12770 Coit Road
Banner Place, Suite 1100
Dallas, TX 75251

**Eboney D. Cobb**
Perdue Brandon Fielder Collins & Mott
500 E. Border St, Suite 640
Arlington, TX 76010

**Amanda B. Hernandez**
Brackett & Ellis, PC
100 Main Street
Fort Worth, TX 76102

**Marilyn D. Garner**
Law Offices of Marilyn D. Garner
2001 E. Lamar Boulevard, Ste 200
Arlington, TX 76006

**Randall C. Johnson**
Harris, Finley & Bogle, P.C.
777 Main St., Ste 1800
Ft. Worth, TX 76102-5341

**Robert Earle Haslam**
The Haslam Firm
555 S. Summit Ave.
Fort Worth, TX 76104

**KSW CPA, P.C.**
P.O. Box 541853
Grand Prairie, TX 75054

**Craig Douglas Davis**
Davis, Ermis & Roberts, P.C.
1521 North Cooper Street, Suite 860
Arlington, TX 76011

**Mark Joseph Petrocchi**
Griffith, Jay & Michel, LLP
2200 Forest Park Boulevard
Ft. Worth, TX 76110

**Laurie A. Spindler**
Linebarger Goggan Blair & Sampson, LLP
2777 N. Stemmons Frwy Ste 1000
Dallas, TX 75207

**Christopher S. Murphy**
Texas Attorney General's Office
PO Box 12548
Austin, TX 78711