



CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed May 12, 2020**

**United States Bankruptcy Judge**

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### FORT WORTH DIVISION

| | | |
|---|---|---|
| **In re:** | § | |
| | § | |
| **HMSW CPA, P.L.L.C. , ET AL** | § | Case No. 18-43569 |
| | § | |
| | § | **(Chapter 11)** |
| | § | |
| | § | **Jointly Administered** |

### FINAL DECREE CLOSING CASE

On this date, came on to be considered the Motion for Final Decree Closing Case (the "**Motion**" [Docket No. 140]) filed by HMSW CPA, PLLC (the "**Debtor**"). The Court, having considered the pleadings on the case, has determined that this case is ready for a final decree closing this case.

**ORDERED** that the final decree is entered in this case, any trustee appointed in this case is discharged, any bond is canceled, and the case is closed; It is further

**ORDERED** that the closure of this case is without prejudice to any requests in accordance with Federal Rule of Bankruptcy Procedure 5010 and 11 U.S.C. § 350.

### ###END OF ORDER###

<u>Submitted by</u>:

Howard Marc Spector
TBA #00785023
Spector & Cox, PLLC
12770 Coit Road, Suite 1100
Dallas, Texas 75251
(214) 365-5377
FAX: (214) 237-3380
EMAIL: hspector@spectorcox.com